# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Frederick Canady ,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                     3:12-cv-00419-RJC

Angle Rorie ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/6/2012 Order.

Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court